# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **8:10CR111** |
| vs. | ) | |
| | ) | **ORDER** |
| KARI S. RIDPATH, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the defendant's unopposed motion to continue trial. The defendant has not filed the affidavit or declaration required by NECrimR 12.1(a) regarding speedy trial. The defendant has not shown good cause for the requested 60-day continuance; however, the court will extend the trial date from May 25, 2010 to June 29, 2010 to allow the parties to conclude their plea negotiations.

**IT IS ORDERED** that the motion to continue trial (Filing 24) is granted, as follows:

1. The jury trial now set for May 25, 2010 is continued to **June 29, 2010.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **May 25, 2010 and June 29, 2010**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act because the failure to grant a continuance would deny the defendant reasonable time to obtain counsel, would unreasonably deny the defendant or the Government continuity of counsel, or would deny counsel for the defendant or the attorney for the Government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

3. Defendant shall file an affidavit or declaration regarding speedy trial, in compliance with NECrimR 12.1(a), no later than **May 18, 2010.**

**DATED May 7, 2010.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**